# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| RAYANNE REGMUND, et al., | § | CIVIL ACTION |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | NO. 4:16-cv-02960 |
| | § | |
| TALISMAN ENERGY USA, INC., | § | |
| | § | |
| Defendant. | § | JUDGE KEITH P. ELLISON |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Rayanne Regmund Chesser and Gloria Janssen reached a Settlement with Defendant to resolve this action on a class-wide basis and on December 9, 2020, the Court preliminarily approved the Settlement Agreement, Plan of Allocation, and Class Notice, and set the Final Fairness Hearing for May 12, 2021.[1] Doc. 221. In connection with final approval of the Settlement Agreement, Plaintiffs now ask the Court to enter an order and judgment granting final approval of class action settlement.

The grounds for this Motion are more fully set forth in Plaintiffs' Memorandum of Law in Support of this Motion and the supporting declarations and exhibits thereto.

A proposed order and judgment granting Final Approval of Class Action Settlement is filed herewith.

Respectfully Submitted,

By: /s/ *Bryan O. Blevins, Jr.*
Bryan O. Blevins, Jr.
State Bar No. 02487300
Southern District of Texas ID: 347439

---

[1] Capitalized terms herein have the meaning given to them in the Settlement Agreement, filed herewith, unless otherwise noted.

**PROVOST★UMPHREY LAW FIRM, L.L.P.**
490 Park Street
Beaumont, Texas 77701
Telephone: (409) 838-8858
Facsimile: (409) 813-8610
Email: bblevins@provostumphrey.com

W. Michael Hamilton (TN 10720)
**PROVOST★UMPHREY LAW FIRM, L.L.P.**
Hobbs Building, Suite 303
4205 Hillsboro Road
Nashville, TN 37215
Telephone: (615) 297-1932
Facsimile: (615) 297-1986
Email: mhamilton@provostumphrey.com

Joseph N. Kravec, Jr. (PA 68992)
Wyatt A. Lison (PA 90030)
**FEINSTEIN DOYLE PAYNE
 & KRAVEC, LLC**
429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA 15219
Telephone: (412) 281-8400
Facsimile: (412) 281-1007
Email: jkravec@fdpklaw.com
          wlison@fdpklaw.com

*ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS*

2

## CERTIFICATE OF CONFERENCE

     I certify that on April 12, 2021, I conferred with counsel for Defendant. Defendant is not opposed to the relief requested in this motion. Defendant takes no position on Plaintiffs' specific arguments and representations.

                                              */s/ Bryan O. Blevins*
                                              Bryan O. Blevins

## CERTIFICATE OF SERVICE

  I certify that the foregoing Plaintiffs' Motion for Attorneys' Fees, Litigation Expenses, and Case Contribution Awards was served via the Court's Electronic Filing System to all counsel of record this 12th day of April, 2021.

*/s/ Bryan O. Blevins*
Bryan O. Blevins
