# EXHIBIT E

(Declaration of Jason A. Newman)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAYANNE REGMUND, et al. | § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:16-cv-02960 |
| TALISMAN ENERGY USA INC. | § § § | |
| *Defendant*. | § § | |

## DECLARATION OF JASON A. NEWMAN

1. My name is Jason A. Newman. I am of the age of majority and am competent to make this declaration.

2. I am a partner at Baker Botts LLP. In the above-captioned matter, I represent Talisman Energy USA, Inc., which effective December 30, 2016 by Certificate of Conversion filed with the Secretary of State of Texas became Repsol Oil & Gas USA, LLC ("Defendant" or "Talisman").

3. Pursuant to the notice provisions of the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA"), on October 19, 2020, on behalf of Talisman, a Notice of Proposed Class Action Settlement and the following documents were mailed to the Attorney General of the United States, the Attorney General of the District of Columbia, and to the Attorneys General of all 50 states:

    a. A copy of the Complaint, filed on May 31, 2016, and attachments filed therewith;

    b. A copy of the First Amended Complaint, filed April 24, 2018, and attachments filed therewith;

    c. A copy of the Settlement Agreement, with the following exhibits attached thereto:

        i. Plan of Allocation;

        ii. Order Granting Preliminary Approval of Class Action Settlement, Certifying the Class for Settlement Purposes, Approving Form and Manner of Notice, and Setting Date for Final Fairness Hearing;

        iii. Order and Judgment Granting Final Approval of Class Action Settlement;

1

      iv. Notice of Proposed Settlement, Motion for Attorneys' Fee, and Fairness Hearing;

      v. Order Approving the Final Schedule of Distribution and Non-Participation Refund;

      vi. Heirship/Beneficiary Information Form; and

   d. A Document providing a reasonable estimate of the number of class members residing in each state and the estimated proportionate share of the claims of such members to the entire settlement.

4. A true and correct copy of the Notice of Proposed Class Action Settlement (omitting the attachments thereto) is attached to this declaration as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 9, 2021

*Jason A. Newman*
Jason A. Newman

# BAKER BOTTS LLP

| | |
|---|---|
| ONE SHELL PLAZA | AUSTIN      LONDON |
| 910 LOUISIANA | BEIJING     MOSCOW |
| HOUSTON, TEXAS | BRUSSELS    NEW YORK |
| 77002-4995 | DALLAS      PALO ALTO |
| | DUBAI       RIYADH |
| TEL +1 713.229.1234 | HONG KONG   SAN FRANCISCO |
| FAX +1 713.229.1522 | **HOUSTON** WASHINGTON |
| BakerBotts.com | |

October 19, 2020

085839.0103

*VIA CERTIFIED MAIL, RETUIRN RECEIPT REQUESTED*

Jason A. Newman
TEL +1 713.229.1720
FAX +1 713.229.2720
jason.newman@bakerbotts.com

William Barr
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

>  Re:  Notice of Proposed Class Action Settlement Pursuant to the Class Action Fairness Act (28 U.S.C. § 1715) in Case No. 4:16-cv-02960, *Rayanne Regmund et al. v. Talisman Energy USA Inc.*, In the U.S. District Court Southern District of Texas, Houston Division.

Dear Attorney General Barr and Ladies and Gentlemen:

This Notice is sent on behalf of Defendant Talisman Energy USA, Inc., which effective December 30, 2016 by Certificate of Conversion filed with the Secretary of State of Texas became Repsol Oil & Gas USA, LLC ("Defendant" or "Talisman"). Pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA"), Defendant writes to notify you of a class action settlement in *Rayanne Regmund et al. v. Talisman Energy USA Inc.*, No. 4:16-cv-02960 (S.D. Tex.) (the "Litigation"). In the Litigation, Plaintiffs Rayanne Regmund Chesser and Gloria Janssen ("Lead Plaintiffs"), individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), allege that Defendant improperly calculated and paid royalties in the Eagle Ford Area in Texas to the Class Members for Production occurring during the Claim Period of January 1, 2013 to June 1, 2016 based on the allegedly improper use of a volumetric allocation methodology and/or estimated shrunk production volumes in the Eagle Ford Area.[1] Plaintiffs have asserted claims for breach of contract, accounting, unjust enrichment, and declaratory judgment against Defendant. Defendant denies and disputes Plaintiffs' allegations and has asserted counterclaims, including to recoup overpayments to Class Members in the event Plaintiffs succeeded on their claims.

On October 15, 2020, after arm's length negotiations undertaken in good faith, Plaintiffs, on behalf of the putative class, and Defendant executed a Stipulation and Agreement of Settlement (hereinafter, including all exhibits attached hereto, referred to collectively as the

---

[1] Capitalized terms not otherwise defined in this notice shall have the meanings attributed to those terms in the Stipulation and Agreement of Settlement.

Active 49065810

**BAKER BOTTS** LLP

William Barr                           - 2 -                           October 19, 2020

"Settlement Agreement"). The Settlement Agreement was filed with the Court on October 15, 2020, as further identified below.

The Settlement Agreement sets forth the following proposed settlement class:

"Settlement Class" means:

a. All persons who received or were entitled to receive Royalty payments from Talisman attributable to Production within the Eagle Ford Area occurring during the Claim Period (i.e. January 1, 2013 to June 1, 2016) that was commingled with Production from one or more other wells, and to whom Talisman paid such Royalties using a volumetric allocation methodology on net production sold and/or estimated "shrunk" production volumes.

b. Excluded from the class are (a) all governmental entities, including federal, state, and local governments and their respective agencies, departments, or instrumentalities; (b) any foreign citizens, states, territories, or entities; (c) owners of any interests and/or leases located on or within any federally created units; (d) owners of any non-operating working interest for which Talisman or its agents or representatives, as operator, disburses royalty; (e) Talisman, Statoil, and any entity in which Talisman or Statoil has a controlling interest, and their officers, directors, legal representatives, and assigns; and (f) members of the judiciary and their staff to whom this action is assigned.

Settlement Agreement ¶ 1.58.

In accordance with CAFA notice provisions, 28 U.S.C. § 1715, Defendant is including the following documents (on the enclosed flash drive) as part of this notice:

1. As **Exhibit A**, a copy of the Complaint, filed on May 31, 2016, and attachments filed therewith. *See* 28 U.S.C. § 1715(b)(1).

2. As **Exhibit B**, a copy of the First Amended Complaint, filed April 24, 2018, and attachments filed therewith. *See id.*

3. As **Exhibit C**, a copy of the Settlement Agreement with all exhibits, which filed with the Court and is subject to Court approval. *See* 28 U.S.C. § 1715(b)(4). Attached to the Settlement Agreement are:

    a. Exhibit 1: Plan of Allocation

    b. Exhibit 2: Order Granting Preliminary Approval of Class Action Settlement, Certifying the Class for Settlement Purposes, Approving Form and Manner of Notice, and Setting Date for Final Fairness Hearing ("Preliminary Approval Order")

**BAKER BOTTS** LLP

William Barr - 3 - October 19, 2020

      c. Exhibit 3: Order and Judgment Granting Final Approval of Class Action Settlement ("Judgment")

      d. Exhibit 4: Notice of Proposed Settlement, Motion for Attorneys' Fees, and Fairness Hearing (the "Notice of Settlement"), which will be given to the class upon entry of and in accordance with the Preliminary Approval Order. *See* 28 U.S.C. § 1715(b)(3)(B). This Notice sets forth members' rights to request exclusion from the class action. *See* 28 U.S.C. § 1715(b)(3)(A)(i); Notice of Settlement at 8, § 13.

      e. Exhibit 5: Order Approving the Final Schedule of Distribution and Non-Participation Refund ("Distribution Order")

      f. Exhibit 6: Heirship/Beneficiary Information Form ("Heirship Form")

4. As **Exhibit D**, a document providing a reasonable estimate of the number of class members residing in each state and the estimated proportionate share of the claims of such members to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). Any official who would like to obtain a list of names and settlement amounts for putative class members is kindly requested to contact me using the contact information above so that appropriate confidentiality protections can be arranged in connection with the dissemination of this information.

On October 15, 2020, Plaintiffs filed (1) a Motion for Preliminary Approval of Class Action Settlement Agreement, Plan of Allocation, and Class Notice and (2) a Motion for Class Certification Pursuant to Class Action Settlement Agreement, requesting that the Court enter the Preliminary Approval Order. No judicial hearing has yet been scheduled in the Litigation, and thus no notice of such a hearing is attached. *See id.* § 1715(b)(2). There has been no final judgment or notice of dismissal and thus no such judgment or notice of dismissal is attached. *See* 28 U.S.C. § 1715(b)(6). There are also no written judicial opinions relating to the materials described in subparagraphs (3) through (6) of 28 U.S.C. § 1715(b), and thus no such opinions are attached. *See* 28 U.S.C. § 1715(b)(8).

The foregoing information is provided based on the status of the proceedings at the time of the submission of this notification and on the data currently available to Defendant.

                                      Very truly yours,

                                      */s/ Jason A. Newman*

                                      Jason A. Newman

Enclosure

**BAKER BOTTS** LLP

William Barr — - 4 - — October 19, 2020

## LIST OF CAFA NOTICE RECIPIENTS

| STATE | ADDRESS |
|---|---|
| Alabama | Hon. Steve Marshall<br>Alabama Attorney General<br>501 Washington Avenue<br>Montgomery, AL 36104 |
| Alaska | Hon. Clyde "Ed" Sniffen, Jr.<br>Alaska Attorney General<br>Alaska Department of Law - Civil Division<br>PO Box 110300<br>Juneau, Alaska 99811-0300 |
| Arizona | Hon. Mark Brnovich<br>Arizona Attorney General<br>2005 N Central Ave<br>Phoenix, AZ 85004-2926 |
| Arkansas | Hon. Leslie Rutledge<br>Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201-2610 |
| California | Hon. Xavier Becerra<br>CAFA Coordinator<br>Office of the Attorney General<br>Consumer Law Section<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 |
| Colorado | Hon. Phil Weiser<br>Colorado Attorney General<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| Connecticut | Hon. William Tong<br>Connecticut Attorney General<br>55 Elm Street<br>Hartford, CT 06106 |

**BAKER BOTTS** LLP

William Barr - 5 - October 19, 2020

| STATE | ADDRESS |
|---|---|
| Delaware | Hon. Kathy Jennings<br>Delaware Attorney General<br>Delaware Department of Justice<br>Carvel State Building<br>820 N. French Street<br>Wilmington, DE 19801 |
| District of Columbia | Hon. Karl A. Racine<br>District of Columbia Attorney General<br>441 4th Street, NW, Suite 1100 South<br>Washington, DC 20001 |
| Florida | Hon. Ashley Moody<br>Office of Attorney General, State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050 |
| Georgia | Hon. Christopher M. Carr<br>Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 |
| Hawaii | Hon. Clare E. Connors<br>Hawaii Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| Idaho | Hon. Lawrence G. Wasden<br>State of Idaho<br>Office of the Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID 83720-0010 |
| Illinois | Hon. Kwame Raoul<br>Illinois Attorney General<br>James R. Thompson Center<br>100 West Randolph Street<br>Chicago, IL 60601 |
| Indiana | Hon. Curtis T. Hill, Jr.<br>Indiana Attorney General<br>Indiana Government Center South<br>302 W. Washington Street, 5th Floor<br>Indianapolis, IN 46204 |

**BAKER BOTTS** LLP

William Barr — - 6 - — October 19, 2020

| STATE | ADDRESS |
|---|---|
| Iowa | Hon. Tom Miller<br>Office of the Attorney General of Iowa<br>Hoover State Office Building<br>1305 E. Walnut Street<br>Des Moines, IA 50319 |
| Kansas | Hon. Derek Schmidt<br>Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612 |
| Kentucky | Hon. Daniel Cameron<br>Kentucky Attorney General<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY 40601-3449 |
| Louisiana | Hon. Jeff Landry<br>Louisiana Attorney General<br>P.O. Box 94005<br>Baton Rouge, LA 70804 |
| Maine | Hon. Aaron Frey<br>Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| Maryland | Hon. Brian E. Frosh<br>Maryland Attorney General<br>St. Paul Plaza<br>200 St. Paul Place<br>Baltimore, MD 21202 |
| Massachusetts | Hon. Maura Healey<br>Office of Massachusetts Attorney General<br>ATTN: CAFA Coordinator/General Counsel's Office<br>One Ashburton Place<br>Boston, MA 02108-1518 |
| Michigan | Hon. Dana Nessel<br>Michigan Attorney General<br>G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909 |
| Minnesota | Hon. Keith Ellison<br>Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101-2131 |

Active 49065810

**BAKER BOTTS** LLP

William Barr - 7 - October 19, 2020

| STATE | ADDRESS |
|---|---|
| Mississippi | Hon. Lynn Fitch<br>Mississippi Attorney General<br>P.O. Box 220<br>Jackson, MS 39205 |
| Missouri | Hon. Eric Schmitt<br>Missouri Attorney General<br>Supreme Court Building<br>207 W. High Street<br>P.O. Box 899<br>Jefferson City, MO 65102 |
| Montana | Hon. Tim Fox<br>Montana Attorney General<br>Department of Justice<br>215 North Sanders Street, Third Floor<br>P.O. Box 201401<br>Helena, MT 59620-1401 |
| Nebraska | Hon. Doug Peterson<br>Nebraska Attorney General<br>2115 State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509 |
| Nevada | Hon. Aaron D. Ford<br>Nevada Attorney General<br>100 North Carson Street<br>Carson City, NV 89701 |
| New Hampshire | Hon. Gordon MacDonald<br>New Hampshire Attorney General<br>New Hampshire Department of Justice<br>33 Capitol Street<br>Concord, NH 03301 |
| New Jersey | Hon. Gurbir S. Grewal<br>New Jersey Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton, NJ 08625-0080 |
| New Mexico | Hon. Hector Balderas<br>New Mexico Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |

Active 49065810

**BAKER BOTTS** LLP

William Barr - 8 - October 19, 2020

| STATE | ADDRESS |
|---|---|
| New York | Hon. Letitia James<br>New York Attorney General<br>The Capitol<br>Albany, NY 12224-0341 |
| North Carolina | Hon. Josh Stein<br>North Carolina Attorney General<br>Department of Justice<br>114 W. Edenton Street<br>Raleigh, NC 27603 |
| North Dakota | Hon. Wayne Stenehjem<br>North Dakota Attorney General<br>600 E. Boulevard Avenue, Dept. 125<br>Bismarck, ND 58505 |
| Ohio | Hon. Dave Yost<br>Ohio Attorney General<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| Oklahoma | Hon. Mike Hunter<br>Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 |
| Oregon | Hon. Ellen F. Rosenblum<br>Oregon Attorney General<br>Oregon Department of Justice<br>1162 Court Street, NE<br>Salem, OR 97301-4096 |
| Pennsylvania | Hon. Josh Shapiro<br>Pennsylvania Attorney General<br>Strawberry Square, 16th Floor<br>Harrisburg, PA 17120 |
| Rhode Island | Hon. Peter F. Neronha<br>Rhode Island Attorney General<br>150 South Main Street<br>Providence, RI 02903 |
| South Carolina | Hon. Alan Wilson<br>South Carolina Attorney General<br>P.O. Box 11549<br>Columbia, SC 29211 |

Active 49065810

**BAKER BOTTS** LLP

William Barr            - 9 -            October 19, 2020

| STATE | ADDRESS |
|---|---|
| South Dakota | Hon. Jason R. Ravnsborg<br>South Dakota Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501 |
| Tennessee | Hon. Herbert H. Slatery III<br>Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-3491 |
| Texas | Hon. Ken Paxton<br>Texas Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Utah | Hon. Sean D. Reyes<br>Utah Attorney General<br>Office of the Attorney General<br>350 North State Street<br>Salt Lake City, UT 84114-2320 |
| Vermont | Hon. T.J. Donovan Jr.<br>Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609 |
| Virginia | Hon. Mark R. Herring<br>Virginia Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219 |
| Washington | Hon. Bob Ferguson<br>Washington Attorney General<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 |
| West Virginia | Hon. Patrick Morrisey<br>West Virginia Attorney General<br>State Capitol Complex<br>Bldg. 1, Room E-26<br>Charleston, WV 25305 |
| Wisconsin | Hon. Josh Kaul<br>Wisconsin Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857 |

Active 49065810

**BAKER BOTTS** LLP

William Barr                                      - 10 -                                      October 19, 2020

| STATE | ADDRESS |
|---|---|
| Wyoming | Hon. Bridget Hill<br>Wyoming Attorney General<br>Kendrick Building<br>2320 Capitol Avenue<br>Cheyenne, WY 82002 |
| Attorney General of the United States<br>United States Department of Justice | Hon. William Barr<br>Attorney General of the United States<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |